USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 12/23/19

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

CHERYL DUKES FOR RALPH DUKES
(DECEASED),

           **Plaintiff,**

  - against -

NYCERS (NEW YORK CITY EMPLOYEES'
RETIREMENT SYSTEM), AND BOARD OF
TRUSTEES,

           **Defendants.**

---

15-cv-3846 (JGK)

**ORDER**

**JOHN G. KOELTL, District Judge:**

As discussed at the conference on December 23, 2019, the Movant's Objections to Magistrate Judge Aaron's Opinion and Order dated June 24, 2019 are **overruled**. The Movants' motion to seal the deposition transcript of Dr. Sierros is **granted**.

The plaintiff's application to file an amended complaint is **granted**. The proposed Second Amended Complaint, filed as Dkt. No. 94-1, is deemed filed as of **December 23, 2019**. The defendants may move or answer with respect to the Second Amended Complaint by **January 24, 2020**. If a motion is filed, the plaintiff may respond by **February 7, 2020** and the defendants may reply by **February 17, 2020**. No pre-motion conference is necessary for a motion to dismiss.

The Parties shall submit a proposed revised schedule to the Court by **January 24, 2020.**

The Clerk of Court is directed to close **Dkt. No. 92.**

**SO ORDERED.**

**Dated:**     **New York, New York**
               **December 23, 2019**

                                              _____
                                              John G. Koeltl
                                           **United States District Judge**