**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7128**

WRITER'S EMAIL ADDRESS
guyonknight@quinnemanuel.com

February 4, 2020

**VIA ECF**

The Honorable John G. Koeltl
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Dukes v. NYCERS*, No. 15 Civ. 3846

Dear Judge Koeltl:

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

2/5/20

Pursuant to the Court's order during the December 23, 2019 conference, I write with counsel for Defendants to request respectfully that the Court enter an amended scheduling order per the parties' agreement:

| Event | Proposed Date |
|---|---|
| End of fact discovery | May 15, 2020 |
| Parties to informally identify affirmative experts and areas of expertise (if any) | May 22, 2020 |
| Exchange of opening expert reports (if any) | June 15, 2020 |
| Parties to informally identify rebuttal experts and areas of expertise (if any) | June 22, 2020 |
| Exchange of rebuttal expert reports (if any) | July 24, 2020 |
| Last day for expert discovery | August 17, 2020 |
| End of all discovery | August 18, 2020 |
| Last day to file Rule 56 motions (if any) | September 18, 2020 |
| Opposition to Rule 56 motions (if any) | October 29, 2020 |
| Replies in support of Rule 56 motions (if any) | November 12, 2020 |
| Joint Pretrial Order and other trial filings | 21 days after decision of any dispositive motion; or October 2, 2020 (whichever is later) |

**quinn emanuel urquhart & sullivan, llp**

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART

2

| Event | Proposed Date |
|---|---|
| Ready-trial date on 48 hours' notice | 21 days after submission of Pretrial Order |

Respectfully submitted,

/s/ *Guyon Knight*

Guyon H. Knight

cc:     Counsel of Record